1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   NICOLE CARROLL,

11            Petitioner,                          No. CIV S-10-0159 KJM P

12        vs.

13   WARDEN, VALLEY STATE
     PRISON FOR WOMEN,

14
              Respondent.                ORDER
15   _____/

16            Ms. Carroll, a state prisoner, has filed a "motion to stay her Federal Petition for

17   Habeas Corpus, to exhaust her state remedies due to pending State Habeas in Superior Court."

18   Docket Entry #1 at 40.  While Ms. Carroll has submitted a copy of the petition pending in state

19   court, she has not filed a petition for federal habeas relief.  Good cause appearing, the court will

20   grant Ms. Carroll thirty days within which to file an application for writ of habeas corpus under

21   28 U.S.C. § 2254.  If she does not file a federal petition within thirty days, this case will be

22   dismissed.  Also, if the petition does not contain at least one claim for which state court remedies

23   have been exhausted, the petition will be dismissed.  See 28 U.S.C. § 2254(b)(1).

24            The court notes that Ms. Carroll has filed an application to proceed in forma

25   pauperis and has paid the filing fee for a § 2254 action.  Because the filing fee has been paid, the

26   in forma pauperis application will be denied as unnecessary.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.  Ms. Carroll's motion for a stay is denied.

3        2.  Ms. Carroll's application to proceed in forma pauperis (#5) is denied.

4        3.  Ms. Carroll is granted thirty days within which to file an application for writ of

5    habeas corpus under 28 U.S.C. § 2254.  If the petition does not contain at least one claim where

6    state court remedies have been exhausted, the petition will be dismissed.  Ms Carroll's failure to

7    file a federal petition within thirty days will result in this action being dismissed.

8        4.  The Clerk of the Court shall send Ms. Carroll the court's form application for

9    writ of habeas corpus under 28 U.S.C. § 2254.

10   DATED:  May 18, 2010.

11

12   _____

13   U.S. MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26   1/mp
     carr0159.dis

2