IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICOLE CARROLL,

      Petitioner,     No. CIV S-10-0159 KJM P

   vs.

WARDEN, VALLEY STATE
PRISON FOR WOMEN,

      Respondent.    ORDER

  Petitioner is a state prisoner proceeding pro se and has consented to magistrate judge jurisdiction. By order filed May 19, 2010, petitioner was granted thirty days' leave to file an application for writ of habeas corpus. The thirty day period has now expired, and petitioner has not complied with the court's order.

  Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: August 16, 2010.

_____
U.S. MAGISTRATE JUDGE

carr0159.fta